IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

    VS.      :    No. M-2-07-283
                              MAGISTRATE JUDGE KEMP

JOSEPH WHITE

## O R D E R

Upon application and for good cause shown, the United States' Motion (docket entry #11) to Dismiss Complaint is hereby granted. The complaint filed herein with the United States Magistrate against the named defendant is hereby dismissed. A certified copy of this Order shall be the authority of the United States Marshal and other persons concerned to act in the premises.

                                                    s/ Mark R. Abel
                                                    MAGISTRATE JUDGE ABEL